[No. 44033-4-II.  Division Two.  April 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LARNARD LACHELL PINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-05174-1, John A. McCarthy, J., entered September 28, 2012. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Melnick, JJ.

[No. 44171-3-II.  Division Two.  April 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SANDRA JOAN GATTEN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-01677-1, Robert A. Lewis, J., entered November 9, 2012. *Remanded with instructions* by unpublished opinion per Lee, J., concurred in by Bjorgen and Maxa, JJ.

[No. 44326-1-II.  Division Two.  April 29, 2014.]

PETER ATKINSON ET AL., *Appellants*, v. LES SCHWAB TIRE CENTERS OF WASHINGTON, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-2-01703-2, James W. Lawler, J., entered December 10, 2012. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Lee, J.

[No. 44474-7-II.  Division Two.  April 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN CARLOS PARRA-INTERIAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-01263-5, Stephen M. Warning, J., entered December 17, 2012. *Remanded with instructions* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Melnick, J.